No. 196. GARRISON *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ben F. Cameron* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 197. DELENDO CORPORATION (FORMERLY OLDE-TYME DISTILLERS CORPORATION) ET AL. *v.* SMOLOWE ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jay Leo Rothschild* for petitioners. *Solicitor General Fahy* and *Mr. Chester T. Lane* for the United States, respondent.

No. 199. ALFRED I. DuPONT TESTAMENTARY TRUST ET AL. *v.* OKEECHOBEE COUNTY. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners.

